UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

FILED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2017 JAN 25 PM 3: 09

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSE VILLAFAÑE-COTTO,<br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 17-33 (ADC)<br><br>VIOLATION:<br>18 U.S.C. § 113(a)(3)<br><br>ONE COUNT |

**THE ATTORNEY FOR THE UNITED STATES ACTING UNDER AUTHORITY CONFERRED BY 28 U.S.C. § 515 CHARGES:**

<u>COUNT ONE</u>
**Assault with a Dangerous Weapon**
(Title 18, <u>United States Code</u>, Section 113(a)(3))

On or about March 18, 2016, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JOSE VILLAFAÑE-COTTO,**

at a place within the territorial jurisdiction of the United States, namely the Metropolitan Detention Center in Guaynabo, Puerto Rico, land acquired for the use of the United States and under its exclusive jurisdiction, did assault N.A.C. with a dangerous weapon, namely two razor blades and a shard of Plexiglass, with intent to do bodily harm. All in violation of Title 18, <u>United States Code</u>, Section 113(a)(3).

_____
for: Timothy R. Henwood
Attorney for the United States Acting
Under Authority Conferred by 28 U.S.C. § 515

_____
Alexander L. Alum
Assistant United States Attorney

_____
Jenifer Y. Hernandez-Vega
Assistant United States Attorney
Chief, Violent Crimes Unit